In the Matter of EMIL J. SADLOCH, an attorney-at-law.

October 15, 1968. Suspension lifted and respondent restored to the practice of law.

In the Matter of ALBERT KUSHINSKY, an attorney-at-law.

November 25, 1968. Respondent reprimanded. Opinion reported at 53 *N. J.* 1.

In the Matter of WALTER J. GEORGE, an attorney-at-law.

December 2, 1968. Respondent suspended from the practice of law for a period of one year and until further order. Opinion reported at 53 *N. J.* 56.

In the Matter of EDWARD J. WILUSZ, an attorney-at-law.

January 7, 1969. Respondent suspended until further order.